PS 8
(Rev. 2/2013)

# United States District Court
# For The
# District of North Dakota

**Petition for Action on Conditions of Pretrial Release**

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 0868 1:20CR00024-3 |
| | ) | |
| William Jordan White Owl | ) | |

COMES NOW, SHYLAH LEONARD, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, William Jordan White Owl who was placed under pretrial release supervision by the Honorable Clare R. Hochhalter, Magistrate Judge, sitting in the Court at Bismarck, on February 25, 2020, under the following conditions:

1. The defendant must not violate federal, state, tribal, or local law while on release.

2. The defendant must advise the Office of Probation and Pretrial Services and defense counsel in writing before making any change in address or telephone number.

3. The defendant must appear in court as required and must surrender to serve any sentence imposed.

4. The defendant must sign an Appearance Bond, if ordered.

    IT WAS FURTHER ORDERED that the release of the defendant be subject to the conditions set forth below:

5. Defendant shall report to the Pretrial Services Officer at such times and in such manner as designated by the Officer.

6. The defendant shall refrain from: any use of alcohol; any use or possession of a narcotic drug and other controlled substances defined 21 USC 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants. Defendant shall submit to drug/alcohol screening at the direction of the Pretrial Services Officer to verify compliance. Failure or refusal to submit to testing or tampering with the collection process or specimen may be considered the same as a positive test result.

7. Defendant shall not possess a firearm, destructive device, or other dangerous weapon.

8. Defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations.

PS 8
(Rev. 2/2013)
White Owl, William
0868 1:20CR00024

9.  Defendant shall reside with his mother, Christine Love Joy, and not change this residence without prior approval of the Pretrial Services Officer.

10. Defendant shall submit his/her person, residence, vehicle, and/or possessions to a search conducted by a Pretrial Services Officer at the request of the Pretrial Services Officer. Failure to submit to a search may be grounds for revocation of pretrial release. Defendant shall notify any other residents that the premises may be subject to searches pursuant to this condition.

11. Defendant shall maintain or actively seek employment.  Employment must be approved by the Pretrial Services Officer.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

1. **Violation of Condition #6:** On 03/05/2020, 03/18/2020, 03/23/2020, 04/13/2020, 04/20/2020, 04/27/2020, 05/05/2020, 05/13/2020 and 05/27/2020 the Defendant failed to appear for a substance use tests.

2. **Violation of Condition #1:** On 03/31/2020 the Defendant was charged with the criminal offense of Simple Assault Domestic Violence by the Three Affiliated Tribes Police Department.

3. **Violation of Condition #8:** The Defendant has failed to obtain a substance abuse evaluation as required by his Pretrial Services Officer.

4. **Violation of Condition #6:** On or about 06/08/2020 the Defendant consumed alcohol and was hospitalized for alcohol related complications.

PRAYING THAT THE COURT WILL ORDER: A WARRANT TO BE ISSUED FOR THE ARREST OF WILLIAM JORDAN WHITE OWL AND A HEARING BE HELD TO DETERMINE IF HE VIOLATED THE CONDITIONS OF HIS PRETRIAL RELEASE.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully,

/s/ Shylah Leonard                    06/12/2020
U.S. Pretrial Services Officer
Place: Minot

PS 8
(Rev. 2/2013)
White Owl, William
0868 1:20CR00024

## ORDER OF THE COURT

Considered and ordered this __17th__ day of June, 2020, and ordered filed and made a part of the record in the above case.

Clare R. Hochhalter
U.S. Magistrate Judge