Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America<br>v.<br><br>William Jordan White Owl<br><br>*Defendant* | )<br>)<br>)  Case No.  1:20-cr-024<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____William Jordan White Owl_____,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged Violations of Pretrial Release

Date: 06/17/2020

/s/ Anja Miller
*Issuing officer's signature*

City and state: Bismarck, ND

Anja Miller, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6/17/2020, and the person was arrested on *(date)* 11/19/2020
at *(city and state)* Bismarck ND.

Date: 11/20/2020

_____
*Arresting officer's signature*

Mthyne DUSM
*Printed name and title*